39 So.2d 60

### Glenn A. ROGERS v. STATE.
### 8 Div. 667.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

38 So.2d 204

### J. P. ROGERS v. STATE.
### I Div. 575.

Court of Appeals of Alabama.
Oct. 5, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

39 So.2d 60

### J. W. ROGERS v. STATE.
### 7 Div. 985.

Court of Appeals of Alabama.
Jan. 13, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 204

### Ben H. ROPER v. D. E. HAYNES.
### 6 Div. 657.

Court of Appeals of Alabama.
Nov. 29, 1948.

PER CURIAM.
Appeal dismissed, want of prosecution.

38 So.2d 204

### Ben H. ROPER v. Clifford HAYNES.
### 6 Div. 658.

Court of Appeals of Alabama.
Nov. 29, 1948.

PER CURIAM.
Appeal dismissed, want of prosecution.

38 So.2d 204

### H. M. ROUNTREE v. STATE.
### 6 Div. 707.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.